IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. D...... COURT
SAVA........
2012 MAR 14  PM 4: 03
CLERK_____
SO. DIST. OF GA.

CHRISTOPHER E. GROOVER,   )
      )
    Petitioner,     )
      )
vs.      )    CIVIL ACTION NO. 411-312
      )
AL ST. LAWRENCE, Warden,   )
      )
    Respondent.     )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs

with the Magistrate Judge's Report and Recommendation, to which objections

have been filed. Accordingly, the Report and Recommendation of the Magistrate

Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___14___ day of March, 2012.


**B. Avant Edenfield**
**Judge, United States District Court**
**Southern District of Georgia**